UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-122-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| DONNELL DEAN BENSON | |

On motion of the defendant, Donnell Dean Benson, and for good cause shown, it is hereby ORDERED that the **[DE 153]** be sealed until further notice by this Court.

IT IS SO ORDERED.

This __2__ day of __July__ 2018.

_____
JAMES C. DEVER III
Chief United States District Judge